Settlement/Hearing: August 23rd, 2017
                                          Time:   10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                          Chapter 13
                                              Case No. 17-22520    RDD

**BENJAMIN P. BONGIOVI,**

                                              **NOTICE OF SETTLEMENT**

                    Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        **PLEASE TAKE NOTICE,** that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon. Robert D. Drain, United States Bankruptcy Judge, on the 23rd day of August, 2017 at 10:00 A.M. at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York.

        Hearings on Objections, if any, to be conducted same place, date and time.

Written objections or counterorders must be submitted to chambers by no later than close of business *three (3) days prior* to settlement.

Dated: White Plains, New York
       July 5th,  2017

                                               /s/ Jeffrey L. Sapir
                                            **Jeffrey L. Sapir (JLS0938)**
                                            **Chapter 13 Trustee**
                                            **399 Knollwood Road**
                                            **White Plains, New York 10603**
                                            **Chapter 13 Tel. No. 914-328-6333**

TO:     United States Trustee
201 Varick Street #1006
New York, New York 10014

Benjamin P. Bongiovi
10 Ridgeview Avenue
White Plains, New York 10606

Daniel W. Nieroda, Esq.
320 Carleton Avenue # 6400
Central Islip, New York 11722

PHH Mortgage Corporation
c/o Shapiro DiCaro & Barak, LLC
One Huntington Quadrangle #3N05
Melville, New York 11747

PHH Mortgage Corporation
One Mortgage Way
MailStop SV01
Mt. Laurel, New Jersey 08054

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                      Chapter 13
                                      Case No. 17-22520    RDD

**BENJAMIN P. BONGIOVI,**

                                 Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

The chapter 13 trustee having moved, on due notice, for an order dismissing this chapter 13 case; and, upon the motion and the record of the August 23, 2017 hearing thereon, the Court having found that the above-captioned debtor has failed to comply with 11 U.S.C. §1307(c)(1) and 11 U.S.C.§521(e)(2)(A)(i), having created unreasonable delay that is prejudicial to creditors, having failed to submit seven days before the §341(a) meeting of creditors, Federal and New York State tax returns for certain of the most recent tax years prior to filing; and the Court also having found that the debtor's chapter 13 plan is not feasible and that the debtor is unable to confirm a plan; and good cause appearing.

    **IT IS ORDERED THAT:**

This chapter 13 case is hereby dismissed. The chapter 13 trustee shall take all actions required by the dismissal of this case.

Dated: White Plains, New York
       August      , 2017

                                                        _____
                                                        **UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                              Chapter 13
                              Case No. 17-22520    RDD

**BENJAMIN P. BONGIOVI,**

                              **TRUSTEE'S AFFIDAVIT**

                       Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
STATE OF NEW YORK    )
COUNTY OF WESTCHESTER  )  ss.:

       Jeffrey L. Sapir, being duly sworn, deposes and says:

1.      He is the standing Chapter 13 Trustee.

2.      The debtor filed a Chapter 13 proceeding on April 5th, 2017

3.      A hearing on confirmation was held on June 28th, 2017.

4.      The debtor failed to comply with the provisions of 11 U.S.C. §1307(c)(1).

5.      The debtor is in violation of §521(e)(2)(A)(i) of the Bankruptcy Code which requires the debtor to provide *seven (7) days prior to the §341(a) meeting of creditors* ,copies of federal and state tax returns for certain of the most recent year preceding the commencement of the case.

6.      The plan is deemed insufficient for the mortgage arrearages.

7.      Objections to confirmation of the plan were filed by PHH Mortgage Corporation.

8.      The debtor has failed to provide the trustee with certain of the required documentation, to wit, a real estate appraisal.

9.      At the aforesaid confirmation hearing held on June 28th, 2017, the debtor's

case demonstrated infeasibility and an inability to confirm.

        9.        The delay created by the debtor is prejudicial to creditors.

**WHEREFORE**, the trustee respectfully requests that the annexed order dismissing this case be signed.

                      /s/ Jeffrey L. Sapir
                      **Jeffrey L. Sapir**

Sworn to before me this
5th day of July, 2017
  /s/ Jody L. Kava

Jody L. Kava
Notary Public, State of New York
No. 02KA 4836806
Qualified in Westchester County
Term Expires: 10/31/17

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                                      Chapter 13
                                                             Case No. 17-22520    RDD

**BENJAMIN P. BONGIOVI,**

                                       Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK          )
COUNTY OF WESTCHESTER  ) ss.:

        Lois Rosemarie Esposito, being duly sworn, deposes and says:

        I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York. On July 5th, 2017, I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

**TO:**    United States Trustee
          201 Varick Street #1006
          New York, New York 10014

          Benjamin P. Bongiovi
          10 Ridgeview Avenue
          White Plains, New York 10606

          Daniel W. Nieroda, Esq.
          320 Carleton Avenue # 6400
          Central Islip, New York 11722

PHH Mortgage Corporation
c/o Shapiro DiCaro & Barak, LLC
One Huntington Quadrangle #3N05
Melville, New York 11747

PHH Mortgage Corporation
One Mortgage Way
MailStop SV01
Mt. Laurel, New Jersey  08054

  /s/ Lois Rosemarie Esposito
**Lois Rosemarie Esposito**

Sworn to before me this
5th   day of July, 2017

 /s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of  New York
No. 02SA8764500
Qualified in Rockland County
Term Expires:  12/31/18