**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for PHH Mortgage Corporation
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Telephone: (631) 844-9611, Fax: (631) 844-9525
**Katherine Heidbrink**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| IN RE | CHAPTER 13 |
| BENJAMIN P. BONGIOVI, | CASE NO. 17-22520-rdd |
| | JUDGE: Robert D. Drain |
| DEBTOR. | MOTION DATE: December 13, 2017 |
| | MOTION TIME: 10:00 a.m. |

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     )ss:
COUNTY OF MONROE     )

I, Elizabeth Franklin, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Rochester, New York.

On September _5_, 2017 I served the within Notice of Motion, Affirmation in Support, Exhibits and Proposed Order Granting Relief from the Automatic Stay upon:

TO:    Debtor
       Benjamin P. Bongiovi
       10 Ridgeview Avenue
       White Plains, NY 10606

       Attorney for Debtor
       Daniel W. Nieroda, Jr.
       Nieroda & Nieroda, P.C.
       320 Carleton Avenue, Suite 6400
       Central Islip, NY 11722

17-062570

Debtor's Non-Filing Current or Former Spouse
Ms. Bongiovi
190 Southern Boulevard
Nesconset, NY 11767

Trustee
Jeffrey L. Sapir
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

at the addresses designated by the foregoing individuals for that purpose by depositing a true

copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under

the exclusive care and custody of the United States Postal Service within the State of New York.

Date: 9/5/17

Elizabeth Franklin
Bankruptcy Assistant
Shapiro, DiCaro & Barak, LLC
Attorneys for PHH Mortgage Corporation
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000
Fax: (585) 247-7380

Sworn to before me this
5ᵗʰ day of September, 2017

Notary Public

Constance M Eadie
Notary Public Comm. # 01EA6322585
State of New York County of Livingston
My Comm. Expires 04/06/20__