# NIERODA & NIERODA, P.C.

## ATTORNEYS AT LAW

320 CARLETON AVENUE, SUITE 6400
CENTRAL ISLIP, NEW YORK    11722
TEL: 631-232-9000 FAX: 631-232-9001

DANIEL W. NIERODA                                                   LEGAL ASSISTANT
BARBARA L.   NIERODA
DANIEL W. NIERODA, JR.                                             DEBORAH CALLAHAN

September 30, 2017

Honorable Robert D. Drain,
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

        RE:    Benjamin P. Bongiovi
               Case # 17-22520-rdd

Dear Judge Drain:

        Enclosed herewith for service upon you please find Notice of Settlement (with attached proposed Order) on behalf of Benjamin P. Bongiovi, relative to the above-captioned bankruptcy proceeding.   Said Notice of Settlement will be presented before your Honor on October 10, 2017 at 10:00 a.m.

                        Very truly yours,



                        Daniel W. Nieroda, Jr.


CC:    The Parties on the Attached Affirmation of Mailing

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
In re:

                                                Chapter 13
        BENJAMIN P. BONGIOVI               Case No.: 17-22520-rdd

                            Debtors.
-------------------------------------------------------------------------------x


       PLEASE TAKE NOTICE that an Order permitting the sale of debtors home, of which the

within is a true copy, will be presented for settlement to the Honorable Robert D. Drain,

Bankruptcy Judge for the Southern District of New York, at the United States Bankruptcy Court,

300 Quarropas Street, White Plains, New York 10601on the 10th day of October, 2017 at 10:00

a.m. of that day to allow three (3) days for mailing and Seven (7) days for review by the Court.

       PLEASE TAKE FURTHER NOTICE that all creditors as well as the Chapter 13 Trustee

have been served with the instant Notice of Settlement with attached order.   That objections to the

attached Order, if any, must be filed with the Bankruptcy Court within three (3) business days prior

to the date of Settlement of the Order.


Dated: Central Islip, New York
       September 30, 2017              NIERODA & NIERODA, P.C.

                                   By:*S/ DANIEL W. NIERODA, JR., ESQ.*
                                 DANIEL W. NIERODA, JR., ESQ.
                                 Attorneys for Debtors
                                 320 Carleton Avenue, Suite 6400
                                 Central Islip, New York 11722
                                 (631) 232-9000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x

In re:

                                      Chapter 13

       BENJAMIN P BONGIOVI          Case No.: 17-22520-rdd

                    Debtors.

--------------------------------------------------------------------------------x

### <u>AFFIRMATION OF MAILING</u>

STATE OF NEW YORK)

COUNTY OF SUFFOLK)

Daniel W. Nieroda, Jr., Esq., being duly sworn, deposes and says:

That I am not a party to the action.

On September 30, 2017, I mailed a copy of the Notice of Settlement of Proposed Order, by

placing the same in a properly postpaid envelope addressed to:

AMERICAN EXPRESS
CUTOMER CARE
PO BOX 981535
EL PASO, TX 79998-1535

ARS NATIONAL SERVICES
PO BOX 469046
ESCONDIDO, CA 92046-9046

CAPITAL ONE
CENTRAL CUSTOMER ASSIST.
2730 LIBERTY AVENUE
PITTSBURGH, PA 15222

CHASE
PO BOX 94014
PALATINE, IL 60094-4014

CHASE
PO BOX 4661
HOUSTON, TX 77210

CHASE

PO BOX 15548
WILMINGTON, DE 19886

CITIBANK
CITIBANK CLIENT SERVICES
PO BOX 769013
SAN ANTONIO, TX 78245-9013

CLIENT SERVICES INC
3451 HARRY TRUMAN BLVD.
SAINT CHARLES, MO 63301-4047

DISCOVER BANKRUPTCY DEPT
PO BOX 3025
NEW ALBANY, OH 43054

ENERBANK USA
PO BOX 26856
SALT LAKE CITY, UT 84126-0856

FIRSTSOURCE ADV
205 BRYANT WOODS SOUTH

BUFFALO, NY 14228

FORSTER & GARBUS
60 VANDERBILT MOTOR PKWY
COMMACK, NY 11725

LENDING CLUB
71 STEVENSON STREET
STE 300
SAN FRANCISCO, CA 94105

LENDING CLUB
WEB BANK
215 SOUTH STATE ST, SUITE 8
SALT LAKE CITY, UT 84111

MIDLAND CREDIT MGMT
PO BOX 13105
ROANOKE, VA 24031-3105

NATION WIDE CREDIT
PO BOX 26314
LEHIGH VALLEY, PA 18002-6314

PAYPAL
PO BOX 960080
ORLANDO, FL 32896-0080

PORTFOLIO RECOVERY ASSOC
120 CORPORATE BLVD.
SUITE 100
NORFOLK, VA 23502

SEARS CREDIT CARDS
PO BOX 9001055
LOUISVILLE, KY 40290-1055

SPRINT
PO BOX 54977
LOS ANGELES, CA 90054


SYNCHRONY BANK

Jeffrey L. Sapir

PO BOX 960061
ORLANDO, FL 32896-0061

SYNERGETIC COMMUNICATIONS
5450 NW CENTRAL
#1000
HOUSTON, TX 77092-2016

TD BANK NA
PO BOX 16035
LEWISTON, ME 04243-9517

UNITED COLLECTION BUREAU
5620 SOUTHWICK BLVD
SUITE 206
TOLEDO, OH 43614

VW CREDIT INC
300 TICE BLVD # 230
WOODCLIFF LAKE, NJ 07677

VW FINANCE
PO BOX 5215
CAROL STREAM, IL 60197-5215

WESTCHESTER SUPEME COURT
CLERKS OFFICE
111 DR. MARTIN LUTHER KING JR.
WHITE PLAINS, NY 10601

United States Trustee
201 Varick Street #1006
New York, New York 10014

PHH Mortgage Corporation
c/o Shapiro DiCaro & Barak, LLC
One Huntington Quadrangle #3N05
Melville, New York 11747

PHH Mortgage Corporation
One Mortgage Way
MailStop SV01
Mt. Laurel, New Jersey 08054

Chapter 13 Trustee
399 Knollwood Road
White Plains, New York 10603

_S//Daniel W. Nieroda Jr., Esq._
Daniel W. Nieroda, Jr. Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x
In re:

        Chapter 13

      BENJAMIN P BONGIOVI        Case No.: 17-22520-rdd


             Debtors.
--------------------------------------------------------------------------------x

## <u>ORDER</u>

NIERODA & NIERODA, P.C, Attorneys for the Debtor herein, having moved for an Order granting permission for the sale of Debtors' property, a hearing having been held on September 27, 2017 and no objection thereto having been received by the Court at least five (5) days prior and no objection having been received to the Settlement of this Order after due notice thereof, and it appearing that the Debtor elects to sell his real property, and sufficient reason and cause appearing therefor, it is, on application of NIERODA & NIERODA, P.C., attorneys for BENJAMIN P BONGIOVI, it is,

ORDERED, that the motion of NIERODA & NIERODA, P.C., is granted in all respects, and it is further;

ORDERED, that the proceeds remaining after payment of all necessary costs of the closing as well as the pay-off of PHH Mortgage Corporation's mortgage lien, will be placed in Attorney Escrow pending confirmation of the Debtor's Chapter 13 Plan, and it is further;

ORDERED, that the Debtor has been granted permission for the sale.


Dated: _____, 2017
       White Plains, New York


                                      _____
                                      HONORABLE ROBERT D. DRAIN, U.S.B.J.