**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for PHH Mortgage Corporation
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Telephone: (631) 844-9611, Fax: (631) 844-9525
**Robert W. Griswold**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| IN RE | CHAPTER 13 |
|---|---|
| BENJAMIN P. BONGIOVI | CASE NO. 17-22520-rdd |
| DEBTOR | |

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     )ss:
COUNTY OF MONROE     )

I, Ariane B. Drew, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Rochester, New York.

On October 5, 2017 I served the within Letter and Proposed Counter Order Approving Sale of the Property upon:

TO:    Debtor
       Benjamin P. Bongiovi
       10 Ridgeview Avenue
       White Plains, NY 10606

       Attorney for Debtor
       Daniel W. Nieroda, Jr.
       Nieroda & Nieroda, P.C.
       320 Carleton Avenue, Suite 6400
       Central Islip, NY 11722

Trustee
Jeffrey L. Sapir
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

U.S. Trustee
U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

AMERICAN EXPRESS
CUTOMER CARE
PO BOX 981535
EL PASO, TX 79998-1535

ARS NATIONAL SERVICES
PO BOX 469046
ESCONDIDO, CA 92046-9046

CAPITAL ONE
CENTRAL CUSTOMER ASSIST.
2730 LIBERTY AVENUE
PITTSBURGH, PA 15222

CHASE
PO BOX 94014
PALATINE, IL 60094-4014

CHASE
PO BOX 4661
HOUSTON, TX 77210

CHASE
PO BOX 15548
WILMINGTON, DE 19886

CITIBANK
CITIBANK CLIENT SERVICES
PO BOX 769013
SAN ANTONIO, TX 78245-9013

CLIENT SERVICES INC
3451 HARRY TRUMAN BLVD.
SAINT CHARLES, MO 63301-4047

DISCOVER BANKRUPTCY DEPT
PO BOX 3025
NEW ALBANY, OH 43054

ENERBANK USA
PO BOX 26856
SALT LAKE CITY, UT 84126-0856

FIRSTSOURCE ADV
205 BRYANT WOODS SOUTH
BUFFALO, NY 14228

FORSTER & GARBUS
60 VANDERBILT MOTOR PKWY
COMMACK, NY 11725

LENDING CLUB
71 STEVENSON STREET
STE 300
SAN FRANCISCO, CA 94105

LENDING CLUB
WEB BANK
215 SOUTH STATE ST, SUITE 8
SALT LAKE CITY, UT 84111

MIDLAND CREDIT MGMT
PO BOX 13105
ROANOKE, VA 24031-3105

NATION WIDE CREDIT
PO BOX 26314
LEHIGH VALLEY, PA 18002-6314

PAYPAL
PO BOX 960080
ORLANDO, FL 32896-0080

PORTFOLIO RECOVERY ASSOC
120 CORPORATE BLVD.
SUITE 100
NORFOLK, VA 23502

SEARS CREDIT CARDS
PO BOX 9001055
LOUISVILLE, KY 40290-1055

SPRINT
PO BOX 54977
LOS ANGELES, CA 90054

SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

SYNERGETIC COMMUNICATIONS
5450 NW CENTRAL
#1000
HOUSTON, TX 77092-2016

TD BANK NA
PO BOX 16035
LEWISTON, ME 04243-9517

UNITED COLLECTION BUREAU
5620 SOUTHWICK BLVD
SUITE 206
TOLEDO, OH 43614

VW CREDIT INC
300 TICE BLVD # 230
WOODCLIFF LAKE, NJ 07677

VW FINANCE
PO BOX 5215
CAROL STREAM, IL 60197-5215

WESTCHESTER SUPEME COURT
CLERKS OFFICE
111 DR. MARTIN LUTHER KING JR.
WHITE PLAINS, NY 10601

at the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Date   10/5/2017

Ariane B. Drew
Bankruptcy Assistant
Shapiro, DiCaro & Barak, LLC
Attorneys for PHH Mortgage Corporation
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000
Fax: (585) 247-7380

Sworn to before me this
5  day of October, 2017

Notary Public

Constance M Eadie
Notary Public Comm. # 01EA6322585
State of New York County of Livingston
My Comm. Expires 04/06/20 19